IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-18-94-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHELE LEVESEY WOODS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court's Office is ordered to accept restitution payments from the Defendant, prior to the Defendant's Sentencing Hearing set for May 2, 2019.

DATED this 24th day of January, 2019.

Brian Morris
United States District Court Judge