IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-94-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| MICHELE LEVESEY WOODS, | |
| Defendant. | |

Michele Levesey Woods filed a motion for early termination of supervised release. Doc. 33. United States Probation and the United States Attorney do not oppose Woods being discharged from supervision at this time. *Id*. The Court conducted a hearing on the motion on February 16, 2021. *Id*. For the reasons below, the Court grants Woods's motion.

The Court sentenced Woods to the Bureau of Prisons for a term of 3 months. Doc. 24. The Court required Woods to pay $31,614.37 in restitution and complete 2 years of supervised release. *Id*. Woods began her supervised release on September 4, 2019. Doc. 34 at 34. Woods's supervising probation officer reports that she supports early termination of Woods's supervision.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of

justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Woods's supervised release. Woods's supervising probation officer reports that Woods has had zero issues of non-compliance with the terms of her supervision. Woods has maintained employment through the duration of her supervision. The record indicates that she continues to receive treatment for her gambling addiction. Woods has made regular payments toward her restitution. These successes, in conjunction with Woods's compliance with the terms of her supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Defendant Woods's Motion for Early Termination of Supervised Release (Doc. 33) is **GRANTED**.

2. Defendant Woods is **DISCHARGED** from supervised release.

DATED this 16th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court